UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Patricia M. Lemanski,

          Plaintiff,

v.

SFM Realty Corp.

          Defendant.

---

**MEMO ENDORSED**

Case No.: 20-cv-02179-KPF

Related case: Civ. No. 20-cv-00209-KPF

**MOTION TO FILE DOCUMENTS QUOTING FROM SEALED TRANSCRIPTS IN THE RELATED CASE UNDER SEAL IN THIS ACTION**

Plaintiff Patricia M. Lemanski respectfully submits this motion to file under seal documents in this case that quote from sealed transcripts of proceedings in *SFM Realty Corp. v. Lemanski*, Civ. No. 20-cv-00209-KPF, including but not limited to any papers filed by Ms. Lemanski in opposition to Defendant's proposed motion to dismiss.

While Plaintiff reserves the right to challenge the sealing of such transcripts, they remain sealed at this time. Accordingly, Plaintiff respectfully requests the Court's permission to file under seal documents in this case that quote sealed transcripts of proceedings in the related case.

        Respectfully submitted,

        /s/ Wendy R. Stein

        Wendy R. Stein
        Paul A. Saso
        Jean E. Dassie
        **GIBBONS P.C.**

        *Attorneys for Plaintiff*
        *Patricia Lemanski*

Application GRANTED. Plaintiff is permitted to file under seal, visible to the Court and parties only, documents that quote from sealed materials.

Dated:　　May 11, 2020　　　　　　　　SO ORDERED.
　　　　　New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE